# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

|  |  |  |
|---|---|---|
| TIMOTHY K. MOORE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-cv-182 |
| DAMON CIRCOSTA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy K. Moore, Philip E. Berger, Bobby Heath, Maxine Whitley, and Alan Swain                                    .

Date:      09/26/2020

/s/ Nicole J. Moss
*Attorney's signature*

Nicole J. Moss (Bar No. 31958)
*Printed name and bar number*

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Address*

nmoss@cooperkirk.com
*E-mail address*

(202) 220-9600
*Telephone number*

(202) 220-9601
*FAX number*