UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:20-CV-182

| | |
|---|---|
| TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; BOBBY HEATH, MAXINE WHITLEY, and ALAN SWAIN, <br><br> Plaintiffs, <br><br> v. <br><br> DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON III, in his official capacity as a member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br> **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

For the reasons set forth in the accompanying Memorandum, Plaintiffs Timothy K. Moore, Philip E. Berger, Bobby Heath, Maxine Whitley, and Alan Swain, respectfully request that this Court enter a temporary restraining order prohibiting Defendants from enforcing and distributing the Numbered Memoranda at issue in this case, in violation of the Constitution of the United States.

Immediately prior to filing this motion with the Court, Plaintiffs provided notice to Defendants of this motion by emailing the motion and accompanying memorandum to Defendants'

counsel. Plaintiffs also placed Defendants on notice of the filing of their complaint by emailing a copy of that complaint to Defendants' counsel today.

Defendants' counsel to whom Plaintiffs have emailed the complaint include:

Alexander McC. Peters
State Bar No. 13654
Chief Deputy Attorney General
Terrance Steed
N.C. Dept. of Justice
P.O. Box 629
Raleigh N.C. 27602
apeters@ncdoj.gov
tsteed@ncdoj.gov

Paul M. Cox
Special Deputy Attorney General
N.C. Department of Justice
pcox@ncdoj.gov

Katelyn Love
430 N. Salisbury St.
Raleigh, N.C. 27603
Katelyn.Love@ncsbe.gov

| | |
|---|---|
| Dated: September 26, 2020 | Respectfully submitted, |

/s/ Nicole J. Moss
COOPER & KIRK, PLLC
David H. Thompson*
Peter A. Patterson *
Brian Barnes*
Nicole J. Moss (State Bar No. 31958)
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601
nmoss@cooperkirk.com

*Special Appearance Pursuant to Local
Civil Rule 83.1 forthcoming*

/s/ Nathan A. Huff
PHELPS DUNBAR LLP
4140 ParkLake Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 789-5300
Fax: (919) 789-5301
nathan.huff@phelps.com
State Bar No. 40626
Local Civil Rule 83.1 Counsel for
Plaintiffs Phil Berger, Tim Moore, Bobby
Heath, and Maxine Whitley

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing, and served on counsel registered to receive CM/ECF notifications in this case. I also caused the foregoing document to be e-mailed to the following counsel for Defendants:

Alexander McC. Peters
State Bar No. 13654
Chief Deputy Attorney General
Terrance Steed
N.C. Dept. of Justice
P.O. Box 629
Raleigh N.C. 27602
apeters@ncdoj.gov
tsteed@ncdoj.gov

Paul M. Cox
Special Deputy Attorney General
N.C. Department of Justice
pcox@ncdoj.gov

Katelyn Love
430 N. Salisbury St.
Raleigh, N.C. 27603
Katelyn.Love@ncsbe.gov

                                                  s/Nicole J. Moss
                                                  Nicole J. Moss
                                                  *Attorney for Plaintiffs*