IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-182-D

| | | |
|---|---|---|
| TIMOTHY K. MOORE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAMON CIRCOSTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

A status conference will be held via video conference on Monday, September 28, 2020, at 11:30 p.m. in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 28 day of September 2020.

JAMES C. DEVER, III
United States District Judge