# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

No. 5:20-cv-507-D

| | |
|---|---|
| TIMOTHY K. MOORE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| DAMON CIRCOSTA, et al., | ) |
| Defendants, and | ) |
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, LELIA BENTLEY, MARGARET B. CATES, ROBERT K. PRIDDY II, REGINA WHITNEY EDWARDS, JOHN P. CLARK, and WALTER HUTCHINS, | ) |
| Proposed Intervenor-Defendants. | ) |

## MOTION TO INTERVENE AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 24, the League of Women Voters of North Carolina, Democracy North Carolina, Lelia Bentley, Peggy Cates, Robert K. Priddy, Regina Whitney Edwards, John P. Clark, and Walter Hutchins ("proposed Intervenor-Defendants") respectfully submit this Motion to Intervene as Defendants in this action of right or, in the alternative, with permission of the Court. A proposed order is attached to this Motion as Exhibit 1.

As set forth in the accompanying Memorandum in Support of Motion to Intervene as Defendants, proposed Intervenor-Defendants seek to dismiss Plaintiff's Complaint and oppose any requested court-ordered injunction regarding Numbered Memo 2020-19. Pursuant to Rule 24(c),

this Motion is accompanied by a proposed Motion to Dismiss and Memorandum in Support of Motion to Dismiss as Exhibits 2-3 setting forth the defenses for which intervention is sought.

Respectfully submitted this the 1st day of October, 2020,

<div style="display: flex;">

/s/ *Jon Sherman*
Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 450
Washington, D.C. 20006
Telephone: (202) 331-0114
Email: jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

/s/ *Allison J. Riggs*
Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Hilary Klein (State Bar #53711)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
Email: Allison@southerncoalition.org
  jeff@southerncoalition.org

/s/ *George P. Varghese*
George P. Varghese* (Pa. Bar No. 94329)
Joseph J. Yu* (NY Bar No. 4765392)
Stephanie Lin* (MA Bar No. 690909)
Rebecca Lee* (DC Bar No. 229651)
Richard A. Ingram* (DC Bar No. 1657532)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:
george.varghese@wilmerhale.com
joseph.yu@wilmerhale.com
stephanie.lin@wilmerhale.com
rebecca.lee@wilmerhale.com
rick.ingram@wilmerhale.com

*Counsel for proposed Intervenor-Defendants*

*Application to appear *pro hac vice* forthcoming.

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2020, I caused the foregoing MOTION TO INTERVENE and accompanying Exhibits to be filed electronically with the Clerk of Court through the CM/ECF System for filing, and served on counsel registered to receive CM/ECF notifications in this case.

David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Fax: 202-220-9601
Email: dthompson@cooperkirk.com

Nathan Andrew Huff
Phelps Dunbar LLP
GlenLake One
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612-3723
919-789-5300
Fax: 919-789-5301
Email: nathan.huff@phelps.com

Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Fax: 202-220-9601
Email: ppatterson@cooperkirk.com

Nicole Jo Moss
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Fax: 202-220-9601
Email: nmoss@cooperkirk.com

*Counsel for Plaintiffs*

Alexander McC. Peters
State Bar No. 13654
Chief Deputy Attorney General
Terrance Steed
N.C. Dept. of Justice
P.O. Box 629
Raleigh N.C. 27602
apeters@ncdoj.gov
tsteed@ncdoj.gov

Terence Steed
NC Department of Justice - Public Safety Section
P. O. Box 629
Raleigh, NC 27602
919-716-6567
Fax: 919-716-6761
Email: tsteed@ncdoj.gov

*Counsel for Defendants*

 

                                          */s Allison J. Riggs*
                                          Allison J. Riggs